## · HARPER *et al. vs.* WILKES *et al.*

In an ejectment suit, demises were laid in the name of the grantee from the state and in the name of another. On the trial, counsel for the plaintiffs was introduced as a witness by defendants, and testified that he knew nothing of the original grantee, and was not employed by him, but that he was employed by one Parker, who claimed under such grantee. · A verdict was rendered for defendant, and a new trial granted :

*Held*, that there was no abuse of discretion in granting a new trial, and allowing a fuller hearing of the question of the connection of the grantee with the real plaintiff. If it appears that the latter cannot show that his title or claim is connected with the grantee, or that the grantee authorized the use of his name, perhaps no recovery for the plaintiff can stand on that demise; but if either is shown, then such a recovery may stand. 17 *Ga.*, 489, 540 ; 29 *Id.*, 571 ; 32 *Id.*, 445.

Judgment affirmed.

October 27, 1885.

JACKSON, Chief Justice.

## BAKER & BROTHER *vs.* BURBAGE.

A bill was filed to enjoin a trespass on land. Both parties had boxed trees on the land for the purpose of manufacturing turpentine. The complainant's title rested on testimony of possession for many years and title from one Fort down to complainant, and some evidence of prior possession of late years, but no title was shown in Fort. The title of defendants was broken by a deed, which appears to have been successfully attacked for fraud. The evidence was conflicting, some of it going to show insolvency on the part of the defendants. The chancellor enjoined the defendants until the trial, and required complainant to give a bond to indemnify them for eventual condemnation money. He is solvent:

*Held*, that this was a proper exercise of discretion.

(*a*.) If the pleadings are not sufficient for the determination of all the questions in the case, including the question of damages, if any, to defendants, they may be amended.

Judgment affirmed.

January 26, 1886.

JACKSON, Chief Justice.